**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; CALIFORNIA CHAMBER OF COMMERCE; NATIONAL RETAIL FEDERATION; CALIFORNIA RETAILERS ASSOCIATION; NATIONAL ASSOCIATION OF SECURITY COMPANIES; HOME CARE ASSOCIATION OF AMERICA; CALIFORNIA ASSOCIATION FOR HEALTH SERVICES AT HOME,
    *Plaintiffs-Appellees*,

v.

ROB BONTA, in his official capacity as the Attorney General of the State of California; LILIA GARCIA-BROWER, in her official capacity as the Labor Commissioner of the State of California; JULIE A. SU, in her official capacity as the Secretary of the California Labor and Workforce Development Agency; KEVIN

No. 20-15291

D.C. No.
2:19-cv-02456-KJM-DB

ORDER

RICHARD KISH, in his official capacity as Director of the California Department of Fair Employment and Housing of the State of California,
*Defendants-Appellants.*

Filed August 22, 2022

Before:  Carlos F. Lucero,[*] William A. Fletcher, and Sandra S. Ikuta, Circuit Judges.

Order

## **ORDER**

A majority of the panel has voted sua sponte to grant panel rehearing.  Judge Fletcher and Judge Ikuta voted in favor of rehearing, and Judge Lucero voted against rehearing. The opinion and dissent filed on September 15, 2021, Dkt. 38, are withdrawn, and the case is resubmitted.  The petition for rehearing en banc, Dkt. 41, is **DENIED** as moot.

---

[*] The Honorable Carlos F. Lucero, United States Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.